1040

[No. 31723-7-I. Division One. December 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS T. WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-05233-6, Richard M. Ishikawa, J., entered October 21, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy and Becker, JJ.

[No. 33178-7-I. Division One. December 12, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK ERTL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00625-4, James H. Allendoerfer, J., entered August 5, 1993. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, C.J., and Becker, J.

[No. 11995-5-III. Division Three. December 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL PACHECO RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 91-1-00329-8, Ted Walter Small, Jr., J., entered October 23, 1991. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Grosse, JJ.

[No. 12726-5-III. Division Three. December 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM D. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-1-00089-1, Carol A. Wardell, J., entered October 4, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Grosse, J.